The defendant contends that his counsel was ineffective for failing to inform him of the deportation consequences of his plea of guilty (see Padilla v Kentucky, 559 US —, 130 S Ct 1473 [2010]). Since the record does not conclusively demonstrate that the defendant’s counsel failed to inform the defendant of the *609 deportation consequences of his plea, the defendant’s claim cannot be resolved without reference to matter outside the record, and the claim, thus, cannot be reviewed on direct appeal (see People v Freeman, 93 AD3d 805, 806 [2012]; People v Romero, 82 AD3d 1013 [2011]; People v Griffith, 78 AD3d 1194, 1196 [2010]). Rivera, J.P., Eng, Lott and Cohen, JJ., concur.